IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY REYES, et al., | No. C 04-03079 CW |
|     Plaintiffs, | ORDER TAKING MOTIONS UNDER SUBMISSION |
|   v. | |
| CLINTON WATSON, et al., | |
|     Defendants. | |

Plaintiff has filed an Amended Notice of Motion setting a hearing on January 25, 2008, for motions previously noticed for December 20, 2007.

Notice is hereby given that the Court, on its own motion, shall take Plaintiff's Motion for an Order that Good Cause Has Not Been Shown to Register Judgment as Foreign Judgment; Motion for Stay; and Motion for Alternate Security and Motion for Clarification under submission on the papers. The hearing scheduled for January 25, 2008, is vacated. No opposition to the motions will be due unless the Court issues a briefing schedule.

IT IS SO ORDERED.

Dated: 12/26/07

                        CLAUDIA WILKEN
                        United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

REYES et al,

        Plaintiff,

v.

WATSON et al,

        Defendant.

Case Number: CV04-03079 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 26, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clinton L. Watson
#7 Claycrest Drive
St. Louis, MO 63131

Mark Lee Watson
Blakely Sokoloff
8055 E. Tufts Ave., 13th Floor
Denver, CO 80237

William O. Dillingham
Dillingham & Murphy, LLP
225 Bush Street
Sixth Floor
San Francisco, CA 94104-4207

Dated: December 26, 2007

                              Richard W. Wieking, Clerk
                              By: Sheilah Cahill, Deputy Clerk